UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE RODRIGUEZ,<br><br>     *Plaintiff,*<br><br> -against-<br><br>AMERICAN EXPRESS COMPANY, CITIBANK, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., PORTFOLIO RECOVERY ASSOCIATES, LLC, AND TRANS UNION LLC,<br><br>     *Defendants.* | **NOTICE OF VOLUNTARY DIMSISSAL OF CLAIMS AGAINST AMERICAN EXPRESS COMPANY ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Frankie Rodriguez, hereby voluntarily dismisses all claims against Defendant American Express Company only in the above-titled action.

Date: November 1, 2021

                /s/ James R. Ticchio
                James R. Ticchio
                **Sherman & Ticchio PLLC**
                60 East 42nd St, Suite 4600
                New York, NY 10165
                212-324-3874
                james@st-legal.com
                *Counsel for Plaintiff*

Case 1:21-cv-05647-EK-TAM    Document 19    Filed 11/01/21    Page 2 of 2 PageID #: 47