**SHERMAN & TICCHIO** PLLC
— CREDIT YOU DESERVE —

BRETT D. SHERMAN
*Member NY Bar*

JAMES R. TICCHIO
*Member NY & NJ Bars*

60 East 42nd Street • New York, NY 10165
(212) 324-3874

March 1, 2022

<u>Via ECF</u>
Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>***Rodriguez v. American Express Company et al***</u>
                <u>**Case No. 21-cv-05647**</u>
                *Notice of Settlement in Principle between Plaintiff and*
                *Experian Information Solutions, Inc.*

Dear Judge Merkl:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Experian Information Solutions, Inc. ("Experian" together the "Parties" or "Settling Parties"), I write to inform the Court that these Parties have reached a confidential settlement in principle of Plaintiff's claims against Experian in the Action. So that the Settling Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff and Experian jointly and respectfully request until May 2, 2022, to file a joint stipulation and proposed order dismissing all claims against Experian with prejudice.

Respectfully submitted,

Brett D. Sherman