**SHERMAN & TICCHIO** PLLC
— CREDIT YOU DESERVE —

**BRETT D. SHERMAN**
*Member NY Bar*

**JAMES R. TICCHIO**
*Member NY & NJ Bars*

60 East 42nd Street • New York, NY 10165
(212) 324-3874

March 1, 2022

<u>Via ECF</u>
Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>***Rodriguez v. American Express Company et al***</u>
              <u>**Case No. 21-cv-05647**</u>
              *Notice of Settlement in Principle between Plaintiff and*
              *Citibank, N.A.*

Dear Judge Merkl:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Citibank, N.A. ("Citi" together the "Parties" or "Settling Parties"), I write to inform the Court that these Parties have reached a confidential settlement in principle of Plaintiff's claims against Citi in the Action. So that the Settling Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff and Citi jointly and respectfully request until May 2, 2022, to file a joint stipulation and proposed order dismissing all claims against Citi with prejudice.

                                                               Respectfully submitted,

                                                               Brett D. Sherman