UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANKIE RODRIGUEZ,

          *Plaintiff,*

-against-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AMERICAN EXPRESS COMPANY, CITIBANK, N.A., AND PORTFOLIO RECOVERY ASSOCIATES, LLC,

          *Defendant(s).*

**Case No. 1:2021-cv-05647 (ERK) (TAM)**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Frankie Rodriguez, and Experian Information Solutions, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Experian Information Solutions, Inc.. Each party will bear their own costs and attorney's fees.

/s/ James R. Ticchio
James R. Ticchio
**Sherman & Ticchio PLLC**
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

<u>/s/ Justin Harris</u>
Justin Harris
JONES DAY
250 Vesey Street
New York, NY 10281
justinharris@jonesday.com
212.326.3724
*Counsel for* Experian Information Solutions, Inc.

SO ORDERED.

_____